# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:12-cr-00012-MR-DLH-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| KYLIE BROOKE RUMFELT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's letter, which the Court construes as a motion for early termination of supervised release [Doc. 72]. Counsel for the Government and the Defendant's supervising probation officer have advised the Court's chambers that there is no opposition to the Defendant's motion.

Upon review of the Defendant's motion, the Court is satisfied that the early termination of the Defendant's supervised release is warranted by the Defendant's conduct and is in the interest of justice. See 18 U.S.C. § 3583(e)(1).

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's letter, which the Court construes as a motion for early termination of

supervised release [Doc. 72], is **GRANTED**, and the Defendant's term of supervised release is hereby terminated.

The Clerk of Court is directed to provide copies of this Order to the Defendant, counsel for the Government, and United States Probation Officer Christine Puhl.

**IT IS SO ORDERED.**

Signed: February 8, 2016

Martin Reidinger
United States District Judge